Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Candy Carrell**, an Arizona resident; and **Geno Carrell**, an Arizona resident;<br><br>Plaintiffs,<br><br>v.<br><br>**Sierra Inn Prescott, LLC**, an Arizona company; **David Burnette,** an Arizona resident; and **Lee Lee Burnette,** an Arizona resident;<br><br>Defendants. | Case No. 3:21-CV-08006-SMB<br><br><br><br>**PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT**<br><br><br>**(Assigned to the Hon. Susan M. Brnovich)** |

Plaintiffs Candy Carrell and Geno Carrell respectfully request that the Clerk of the Court enter default against Defendants Sierra Inn Prescott, LLC; David Burnette; and Lee Lee (Lili) Burnette**,** pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request, Plaintiffs rely upon the record in this case and the affidavit submitted herein.

RESPECTFULLY SUBMITTED February 3, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd, Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona Court Clerk, using the CM/ECF System and sent via electronic and US mail to:

Sierra Inn Prescott, LLC
809 White Spar Rd.
Prescott, AZ 86303

David Burnette and Lee Lee (Lili) Burnette
809 White Spar Rd.
Prescott, AZ 86303
sierrainnaz@gmail.com

/s/ Ashley Peschke