Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Candy Carrell**, an Arizona resident; and **Geno Carrell**, an Arizona resident;<br><br>Plaintiffs,<br><br>v.<br><br>**Sierra Inn Prescott, LLC**, an Arizona company; **David Burnette,** an Arizona resident; and **Lee Lee Burnette,** an Arizona resident;<br><br>Defendants. | Case No. 3:21-CV-08006-SMB<br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>**(Assigned to the Hon. Susan M. Brnovich)** |

Notice is hereby given that the parties have reached a settlement in the above captioned matter.

///

///

///

///

///

RESPECTFULLY SUBMITTED February 17, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd. Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke